UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FOUAD KADMIRI

    V.                      CIVIL ACTION NO. 05-11583-RGS

ALBERTO GONZALES, MICHAEL CHERTOFF,
U. S. DEPARTMENT OF HOMELAND SECURITY, ET AL

# ORDER OF DISMISSAL

STEARNS, DJ.                                  JANUARY 24, 2006

    FOR FAILURE OF THE PLAINTIFF TO FILE A RETURN OF SERVICE OF SUMMONS, OR SHOW CAUSE WHY SERVICE HAS NOT BEEN MADE PURSUANT TO THE PROVISIONS OF RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE AND LOCAL RULE 4.1(b),

    IT IS HEREBY ORDERED: THE ABOVE-CAPTIONED ACTION IS HEREBY DISMISSED WITHOUT PREJUDICE.

    SO ORDERED.

                                                    RICHARD G. STEARNS
                                                    UNITED STATES DISTRICT JUDGE

                BY:

                                        /s/ Mary   H. Johnson
                                            Deputy Clerk

DATED:   1-24-06