UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FOUAD KADMIRI, A 74 724 747; and PAMELA KADMIRI<br><br>Plaintiffs,<br><br>v.<br><br>ALBERTO GONZALES, as Attorney General of the United States; MICHAEL CHERTOFF as the Secretary of the Department of Homeland Security; EDUARDO AGUIRRE, JR. as Director of United States Citizenship and Immigration Services; DENNIS RIORDAN as District Director of the United States Citizenship and Immigration Services in Boston, Massachusetts; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendants. | CIVIL ACTION FILE NO.<br>05-11583-RGS |

**PLAINTIFF'S MOTION TO VACATE DISMISSAL**

NOW COMES the Plaintiff in the above-captioned matter, and moves that this Honorable Court Vacate the Order of Dismissal entered January 24, 2006 in accordance with F.R.C.P. 60(b). In support thereof, Plaintiff states as follows:

The Order of Dismissal was entered due to Plaintiff's inadvertent oversight in filing a return of service. In fact, Plaintiff properly served the Defendants well within the required time

period, however, due to an inadvertent error, the Plaintiff did not timely file the return of service with the Court. Therefore, since Plaintiff served Defendants timely, Plaintiff moves that this Honorable Court excuse the inadvertent error by Plaintiff in failing to file said proof of service with the Court, as it is being submitted herewith.

WHEREFORE, Plaintiffs respectfully requests that this Honorable Court Vacate the Order of Dismissal entered on January 24, 2006.

Respectfully submitted,

Plaintiff,
**FOUAD AND PAMELA KADMIRI,**
By their attorney,

Shiva Karimi, Esq.
**KARIMI & ASSOCIATES, P.C.**
268 Summer Street
Boston, Massachusetts 02210-1108
(617) 292-3636
BBO No. 642332
Dated: February 9, 2006

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FOUAD KADMIRI, A 74 724 747; and PAMELA KADMIRI<br><br>Plaintiffs,<br><br>v.<br><br>ALBERTO GONZALES, as Attorney General of the United States; MICHAEL CHERTOFF as the Secretary of the Department of Homeland Security; EDUARDO AGUIRRE, JR. as Director of United States Citizenship and Immigration Services; DENNIS RIORDAN as District Director of the United States Citizenship and Immigration Services in Boston, Massachusetts; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendants. | CIVIL ACTION FILE NO.<br>05-11583-RGS |

### AFFIDAVIT OF SHIVA KARIMI, ESQ.

I, Shiva Karimi, Esq., on oath depose and state as follows:

1. I am the attorney for the Plaintiff in the above-captioned matter.

2. I am duly licensed to practice law in the Commonwealth of Massachusetts and before the Federal District Court for the District of Massachusetts.

3. This affidavit is being submitted in accordance with LR, D. Mass. 7.1 (A)(2).

4. In accordance with LR, D. Mass. 7.1 (A)(2), I conferred with counsel for the

1

Defendants prior to submission of the Plaintiff's Motion to Vacate, however, the parties were unable to resolve the issue.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY

_____        2/9/06
Shiva Karimi, Esq.                                              Date
**KARIMI & ASSOCIATES, P.C.**
268 Summer Street
Boston, Massachusetts 02210-1108
617) 292-3636
Mass BBO No. 642332

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FOUAD KADMIRI, A 74 724 747; and PAMELA KADMIRI,<br><br>    Plaintiffs,<br><br>v.<br><br>ALBERTO GONZALES, as Attorney General of the United States; MICHAEL CHERTOFF as the Secretary of the Department of Homeland Security; EDUARDO AGUIRRE, JR. as Director of United States Citizenship and Immigration Services; DENNIS RIORDAN as District Director of the United States Citizenship and Immigration Services in Boston, Massachusetts; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>    Defendants. | CIVIL ACTION FILE NO.<br>05-11583-RGS |

### AFFIDAVIT OF SHIVA KARIMI, ESQ.

I, Shiva Karimi, Esq., on oath depose and state as follows:

1. I am the attorney for the Plaintiff in the above-captioned matter.

2. I am duly licensed to practice law in the Commonwealth of Massachusetts and before the Federal District Court for the District of Massachusetts.

3. This affidavit is being submitted in accordance with Fed. R. Civ. P 4(i).

4. In accordance with Fed. R. Civ. P. 4(i), I served Defendant ALBERTO GONZALES, as Attorney General of the United States by sending a copy of the Complaint along

        with a Summons on August 18, 2005 via Certified Mail, Return Receipt Requested. The corresponding Return Receipt was received by the Defendant on August 23, 2005. (See printout from USPS website confirming receipt, as original was never returned, attached hereto as Exhibit "A".)

5. In accordance with Fed. R. Civ. P. 4 (i), I served Defendant MICHAEL CHERTOFF as the Secretary of the Department of Homeland Security; EDUARDO AGUIRRE, JR. as Director of United States Citizenship and Immigration Services by sending a copy of the Complaint along with a Summons on August 18, 2005 via Certified Mail, Return Receipt Requested. The corresponding Return Receipt was received by the Defendant on August 24, 2005. (See original Certified Mail Receipt and Return Receipt, attached hereto as Exhibit "B".)

6. In accordance with Fed. R. Civ. P. 4 (i), I served Defendant DENNIS RIORDAN as District Director of the United States Citizenship and Immigration Services in Boston, Massachusetts by sending a copy of the Complaint along with a Summons on August 18, 2005 via Certified Mail, Return Receipt Requested. The corresponding Return Receipt was received by the Defendant on August 22, 2005. (See original Certified Mail Receipt and Return Receipt attached hereto as Exhibit "C".)

7. In accordance with Fed. R. Civ. P. 4 (i), I served Defendant UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES by sending a copy of the Complaint along with a Summons on August 18, 2005 via Certified Mail, Return Receipt Requested. The corresponding Return Receipt was received by the Defendant on August 22, 2005. (See original Certified Mail Receipt and Return Receipt attached hereto as Exhibit "D".)

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY

_____                2/9/06
Shiva Karimi, Esq.                                                Date
**KARIMI & ASSOCIATES, P.C.**
268 Summer Street
Boston, Massachusetts 02210-1108
617) 292-3636
Mass BBO No. 642332

# EXHIBIT "A"

```
7004 2510 0002 4498 4754
```

**U.S. Postal Service**
**CERTIFIED MAIL᙮ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com᙮

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | 1.52 |
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 5.57 |

Postmark Here  8/18/05

Sent To: U.S. Attorney General, DHS
Street, Apt. No.; or PO Box No. 950 Pennsylvania Ave. NW, Room 4545
City, State, ZIP+4 Washington DC 20530-0001

PS Form 3800, June 2002          See Reverse for Instructions



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 2510 0002 4498 4754**
Status: **Delivered**

Your item was delivered at 4:48 am on August 23, 2005 in WASHINGTON, DC 20530. The item was signed for by A JENNINGS. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

**Restore Offline Details >** (?)    **Return to USPS.com Home >**

### Track & Confirm

Enter Label/Receipt Number.

---

POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

**EXHIBIT "B"**

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

7004 2510 0002 4498 4747

| | |
|---|---|
| Postage | $ 1.52 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.57 |

Postmark Here 8/18/05

Sent To: Office of General Counsel
Street, Apt. No.; or PO Box No.: U.S. Dept of Homeland Security
City, State, ZIP+4: Washington DC 20528

PS Form 3800, June 2002                See Reverse for Instructions

---

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery
AUG 24 2005

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:
Office of General Counsel
U.S. Dept. of Homeland Security
Washington DC 20528

SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540
Kadmiri

**EXHIBIT "C"**

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.52 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.57 |

Postmark Here  8/18/05

7004 2510 0002 4498 4730

Sent To: Office of District Counsel, DHS
Street, Apt. No.; or PO Box No.: Federal Bldg., Rm 425
City, State, ZIP+4: 15 New Sudbury St., Boston MA 02203

PS Form 3800, June 2002          See Reverse for Instructions

---

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                 8-27-05

1. Article Addressed to:
Office of District Counsel,
DHS
JFK Federal Bldg.,
Room 425
15 New Sudbury St.
Boston MA 02203

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7004 2510 0002 4498 4730

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**EXHIBIT "D"**

**U.S. Postal Service**
**CERTIFIED MAIL... RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.52 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.57 |

Postmark Here: 8/18/05

Article number: 7004 2510 0002 4498 4778

Sent To: United States Attorney
Street, Apt No. or PO Box No: Courthouse, Suite 9200
City, State, ZIP+4: 1 Courthouse Way Boston MA 02210

PS Form 3800, June 2002    See Reverse for Instructions

---

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature: X [signature] ☐ Agent ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes / ☐ No
If YES, enter delivery address below:

1. Article Addressed to:

United States Attorney
U.S. Courthouse,
Suite 9200
1 Courthouse Way
Boston MA 02210

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7004 2510 0002 44[98 4778]

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154

Kadmiri

RECEIVED (stamp)


 **UNITED STATES POSTAL SERVICE**®

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 2510 0002 4498 4778**
Status: **Delivered**

Your item was delivered at 10:38 am on August 22, 2005 in BOSTON, MA 02210. The item was signed for by N DTJEJ. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > ) (?)    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

---

POSTAL INSPECTORS        site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust           Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                    2/3/2006

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the following individuals in the foregoing matter with one copy of the foregoing PLAINTIFF'S MOTION TO VACATE DISMISSAL by First Class Mail, postage prepaid, as follows:

United States Attorney
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, Massachusetts 02210

U.S. Attorney General
Department of Homeland Security
950 Pennsylvania Avenue, N.W., Room 4545
Washington, DC 20530-0001

Office of District Counsel
Department of Homeland Security
JFK Federal Building, Room 425
15 New Sudbury Street
Boston, MA 02203

This 9th day of February, 2006.

_____
Shiva Karimi, Esq.
**KARIMI & ASSOCIATES, P.C.**
268 Summer Street
Boston, Massachusetts 02210-1108
617) 292-3636
Mass BBO No. 642332