UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FOUAD KADMIRI, ET AL

   V.                                CIVIL ACTION NO. 05-11583-RGS

ALBERTO GONZALES, ET AL

## O R D E R

STEARNS, DJ.                                        OCTOBER 6, 2006

THERE HAS BEEN NO ACTIVITY IN THE ABOVE-CAPTIONED CASE SINCE THE COURT ALLOWED IT TO BE RE-OPENED ON FEBRUARY 21, 2006.  THEREFORE, PLAINTIFFS' COUNSEL IS HEREBY <u>ORDERED</u> TO FILE A WRITTEN "STATUS REPORT" WITH THIS COURT ON OR BEFORE:

## <u>OCTOBER 30, 2006</u>

FAILURE TO COMPLY WILL RESULT IN THE IMMEDIATE DISMISSAL OF THIS ACTION.

SO ORDERED.

                                                                    RICHARD G. STEARNS  
                                                                    UNITED STATES DISTRICT JUDGE

                BY:

                                  /s/ Mary H. Johnson  
                                      Deputy Clerk