UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FOUAD KADMIRI, A 74 724 747; and PAMELA KADMIRI,<br><br>    Plaintiffs,<br><br>v.<br><br>ALBERTO GONZALES, as Attorney General of the United States; MICHAEL CHERTOFF as the Secretary of the Department of Homeland Security; EDUARDO AGUIRRE, JR. as Director of United States Citizenship and Immigration Services; DENNIS RIORDAN as District Director of the United States Citizenship and Immigration Services in Boston, Massachusetts; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>    Defendants. | CIVIL ACTION FILE NO.<br>05-11583-RGS |

**STATUS REPORT**

NOW COMES the Plaintiff in the above-captioned matter in response to this Court's Order dated October 6, 2006, and states as follows:

The Plaintiff has been engaged in exploring settlement options with the Defendants. In furtherance of settlement, Plaintiff has agreed to postpone Defendant's time for filing an Answer.

1

Plaintiff will continue to pursue settlement of this matter since it is a feasible option at this point in time.

Respectfully submitted,

Plaintiff,
**FOUAD AND PAMELA KADMIRI**,
By their attorney,

s/ Shiva Karimi

Shiva Karimi, Esq.
**VAKILI KARIMI, LLC**
268 Summer Street
Boston, Massachusetts 02210-1108
(617) 292-3636
BBO No. 642332
Dated: October 27, 2006

CERTIFICATE OF SERVICE

This is to certify that I have this day served the following individuals in the foregoing matter with one copy of the foregoing PLAINTIFF'S STATUS REPORT by First Class mail, as follows:

United States Attorney
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, Massachusetts 02210

U.S. Attorney General
Department of Homeland Security
950 Pennsylvania Avenue, N.W., Room 4545
Washington, DC 20530-0001

Office of District Counsel
Department of Homeland Security
JFK Federal Building, Room 425
15 New Sudbury Street
Boston, MA 02203

This 27th day of October, 2006.

_____
Shiva Karimi, Esq.
**VAKILI KARIMI LLC**
268 Summer Street
Boston, Massachusetts 02210-1108
617) 292-3636
Mass BBO No. 642332